IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEFFREY SEABURY,

Appellant,

v.

STATE, DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT PROGRAM, o/b/o, Tiffany Denise Seabury,

Appellee.
_________________________________/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED.

CASE NO. 1D14-1663

Opinion filed September 16, 2014.

An appeal from an order of the Division of Administrative Hearings.
Lawrence P. Stevenson, Judge.

Candace A. Hawthorne of the Hawthorne Law Firm, P.A., Tavares, for Appellant.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Because the proceedings below cannot be transcribed and the parties report that they are unable to prepare a statement of the evidence or proceedings, the final administrative support order on appeal is vacated and this cause is remanded for a hearing de novo. See Arnold Lumber Co. v. Harris, 469 So. 2d 786 (Fla. 1st DCA 1984).

PADOVANO, THOMAS, and ROBERTS, JJ., CONCUR.